IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

BORE-FLEX INDUSTRIES, INC., and )
LAMSON PIPE COMPANY, )
)
    Plaintiffs, )
)
vs. )
)
TODD A. VOLKER, ) Case No. 6:11- cv-03112-BCW
)
    Defendant. )

## PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE

COME NOW Plaintiffs Bore-Flex Industries, Inc. and Lamson Pipe Company, by and through their attorneys undersigned, and hereby move the Court to enter its Order dismissing Plaintiffs' First Amended Complaint herein with prejudice to the refiling thereof. Such a dismissal disposes of all issues pending before the Court in this action.

In support of this Motion, Plaintiffs offer the Stipulation to Dismissal With Prejudice executed by all parties to this action and their respective counsel of record, a copy of which is attached hereto as Exhibit "A".

NEALE & NEWMAN, L.L.P.

By: _____
Paul G. White MO. #28774

1949 East Sunshine, Suite 1-130
P. O. Bo 10327
Springfield, MO 65808
Telephone: (417) 882-9090
Facsimile: (417) 882-2592
E-mail: pwhile@nnlaw.com
**ATTORNEYS FOR PLAINTIFFS BORE-FLEX INDUSTRIES, INC. AND LAMSON PIPE COMPANY**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the Court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties who have requested notice but are not participating in the ECF System, on this 15th day of October, 2014.

NEALE & NEWMAN, L.L.P.

By: _____
Paul G. White, #28774