IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| BORE-FLEX INDUSTRIES, INC., and LAMSON PIPE COMPANY, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| TODD A. VOLKER, | ) Case No. 6:11- cv-03112-BCW ) |
| Defendant. | ) |

## STIPLUATION TO DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs Bore-Flex Industries, Inc. and Lamson Pipe Company, and Defendant Todd A. Volker, the only remaining parties to this litigation, and hereby stipulate to the dismissal of Plaintiffs' First Amended Complaint herein with prejudice. Each party to bear their own costs.

NEALE & NEWMAN, L.L.P.

By: _____
Paul G. White MO. #28774

1949 East Sunshine, Suite 1-130
P. O. Bo 10327
Springfield, MO 65808
Telephone: (417) 882-9090
Facsimile: (417) 882-2592
E-mail: pwhile@nnlaw.com

**ATTORNEYS FOR PLAINTIFFS BORE-FLEX INDUSTRIES, INC. AND LAMSON PIPE COMPANY**

EXHIBIT
A

COLANTUONO BJERG GUINN, LLC

By: _____
Robert J. Bjerg MO #30736
7015 College Blvd., Suite 375
Overland Park, Kansas 66211
913.345.2555
913.345.2557 facsimile
bb@ksmolaw.com

**ATTORNEYS FOR DEFENDANT TODD VOLKER**


**AGREED AND CONSENTED TO BY:**

Bore-Flex Industries, Inc.

By: _____
Michael R. Morgan, President

Lamson Pipe Company

By: _____
Michael R. Morgan, President

By: _____
Todd A. Volker

2