# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| BORE-FLEX INDUSTRIES, INC., et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | Case No. 6:11- cv-03112-BCW |
| ) | |
| TODD A. VOLKER, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT TODD VOLKER'S MOTION FOR RULE 11 SANCTIONS AGAINST PLAINTIFF AND ITS COUNSEL

Defendant Todd A. Volker, pursuant to Rule 11 Fed.R.Civ.P., moves the Court for its Order imposing sanctions against plaintiff Bore-Flex Industries, Inc. and its counsel, Carnahan, Evans, Cantwell & Brown, P.C., Rodney H. Nichols, Neale & Newman, L.L.P., and Paul G. White. For the reasons stated in the accompanying Suggestions, the Court should impose Rule 11 monetary sanctions against Bore-Flex and its counsel for filing and prosecuting Bore-Flex's Complaint against defendant Volker.

Respectfully submitted,

**COLANTUONO BJERG GUINN, LLC**

By: /s/ Robert J. Bjerg
ROBERT J. BJERG   MO #30736
7015 College Blvd., Suite 375
Overland Park, Kansas  66211
913.345.2555
913.345.2557 facsimile
bb@ksmolaw.com
Attorneys for Defendant Todd Volker

**CERTIFICATE OF SERVICE**

1

I hereby certify that on the 29th day of October, 2014 a copy of the above pleading was filed electronically with the Clerk of the Court via the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Robert J. Bjerg
Attorney for Defendant Todd Volker